IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CAMPBELL                                                                                    PLAINTIFF

VS.                                         5:15-CV-00049-BRW-JJV

ROGER CAMERON, Program
Coordinator Specialist, ADC; *et al.*                                                DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed. After careful consideration, I find that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as my findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 29) is GRANTED. Defendants Roger Cameron and Ronald Chism are DISMISSED without prejudice for failure to exhaust administrative remedies.

I certify under 28 U.S.C. § 1915(a)(3) that an in forma pauperis appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of October, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE