**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES CAMPBELL**                                                      **PLAINTIFF**

**5:15CV00049-BRW**

**ROGER CAMERON, Program
Coordinator Specialist, ADC; et al.**                        **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After considering the objections and making a *de novo* review of the record, the Court approves and adopts Proposed Findings and Recommended Disposition in their entirety as this Court's findings.

Accordingly, Defendant Arkansas Department of Correction's Motion for Summary Judgment (Doc. No. 45) is GRANTED. Plaintiff's claims against Defendant Arkansas Department of Correction are DISMISSED with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 27th day of January, 2016.

                                                                  /s/ Billy Roy Wilson
                                                                   UNITED STATES DISTRICT JUDGE